**Motion Granted; Order filed June 9, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00322-CV

_____

**GLENN BECKENDORFF, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY JUDGE, FRANK POKLUDA, IN HIS OFFICIAL CAPACITY AS WALLER COUNTY PRECINCT TWO COMMISSION, AND STAN KITZMAN, Appellants**

**V.**

**CITY OF HEMPSTEAD, TEXAS AND CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD AND PINTAIL LANDFILL, LLC, Appellees**

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 13-03-21872**

## ORDER

This is an appeal from a judgment signed February 20, 2015. Two related cases were previously filed in the Court of Appeals for the First District of Texas under case numbers 01-14-00946-CV and 01-14-00916-CV. On June 3, 2015,

appellees filed a motion to transfer this appeal to the Court of Appeals for the First District of Texas. The motion is granted.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-15-00322-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM